```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 30726
   EARNEST NELSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-8937


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/18/2004 and was confirmed 11/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/11/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED         13450.00         626.32      13450.00
AMERICREDIT FINANCIAL SE  UNSEC W/INTER    3929.29         360.24       3929.29
AURORA LOAN SERVICES      CURRENT MORTG        .00            .00           .00
BANK FIRST                UNSEC W/INTER  NOT FILED           .00           .00
CAPITAL ONE BANK          UNSEC W/INTER    2084.75         191.21       2084.75
CAPITAL ONE BANK          NOTICE ONLY    NOT FILED           .00           .00
UNKNOWN .                 UNSEC W/INTER  NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER    4350.74         399.02       4350.74
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY    NOT FILED           .00           .00
NATIONAL CAPITAL MGMT LL  UNSEC W/INTER    7172.59         657.77       7172.59
AURORA LOAN SERVICES      MORTGAGE ARRE        .00            .00           .00
OUSLEY FINANCIAL GROUP L  UNSEC W/INTER  NOT FILED           .00           .00
AURORA LOAN SERVICES      COST OF COLLE        .00            .00           .00
ILLINOIS DEPT OF REVENUE  FILED LATE           .00            .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY      2,394.00                     2,394.00
TOM VAUGHN                TRUSTEE                                       1,991.91
DEBTOR REFUND             REFUND                                        1,001.16

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 38,609.00

PRIORITY                                              .00
SECURED                                         13,450.00
    INTEREST                                       626.32
UNSECURED                                       17,537.37
    INTEREST                                     1,608.24
ADMINISTRATIVE                                   2,394.00
TRUSTEE COMPENSATION                             1,991.91
DEBTOR REFUND                                    1,001.16

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 30726 EARNEST NELSON
```

```
                                    ---------------      ---------------
TOTALS                                    38,609.00            38,609.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/25/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE